IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

B.L., MOTHER OF J.W., A CHILD,

      Appellant,

  v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

Case No.  5D22-875
LT Case No. 2020-DP-000879-X

_____/

Decision filed August 17, 2022

Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

David Maldonado, of  The Maldonado
Law Firm, P.A., Lakeland, for
Appellant.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem Office,
Tallahassee, for Statewide Guardian
ad Litem.

PER CURIAM.

    AFFIRMED.

EDWARDS, SASSO and WOZNIAK, JJ., concur.